## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Katherine A. DiMarino v. Bayer*          No. 12-cv-10874-DRH
*HealthCare AG, et al*

*Kirsten M. Kleopfer v. Bayer*          No. 12-cv-10766-DRH
*HealthCare AG, et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:**   **/s/*Caitlin Fischer***
                                              **Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2015.03.10
10:40:48 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT